**William E. GODWIN, Plaintiff-Appellant,**

v.

**Curtis PHELPS and the City of Okeechobee, Florida, Defendants-Appellees.**

No. 71–1670

Summary Calendar.[*]

United States Court of Appeals, Fifth Circuit.

Aug. 17, 1971.

F. Malcolm Cunningham, Cunningham & Cunningham, West Palm Beach, Fla., for plaintiff-appellant.

J. Edward Curren, Okeechobee, Fla., Carlton, Brennan & McAliley, John T.

Brennan, Fort Pierce, Fla., for defendants-appellees.

Before COLEMAN, SIMPSON and MORGAN, Circuit Judges.

PER CURIAM:

Affirmed. See Local Rule 21.[1]

1. See NLRB v. Amalgamated Clothing Workers of America, 5 Cir., 1970, 430 F.2d 966.

